CHARLES BARKSDALE v. LOUIS S. POLSKY, M.D., ET AL.

March 11, 1986.

Petition for certification denied.

PAUL VAN VALEN v. JOHN J. RAFFERTY.

March 11, 1986.

Petition for certification denied.

ALICE CALLIGAN v. HOWARD TARABOUR.

March 11, 1986.

Petition for certification denied.

GULA MOENCH CUBBY v. ROBERT H. BETRIX, ETC., ET AL.
AND FIRST NATIONAL STATE BANK AND WHITING,
MOORE & HERMAN.

March 11, 1986.

Petition for certification denied.